UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN A.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Kilolo KIJAKAZI,<br><br>　　　　　　　　　Defendant. | Case No.:  22-cv-0714-AGS<br><br>**ORDER REOPENING CASE** |

Plaintiff's first complaint (ECF 1) was dismissed under 28 U.S.C. § 1915(e). (*See* ECF 4.) Plaintiff filed an amended complaint (ECF 5), which resolves the previously identified issues. Accordingly, the Clerk is directed to reopen the case and issue the summons.

Dated:  May 24, 2022

Hon. Andrew G. Schopler
United States Magistrate Judge